**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**LEONARD TUMBS
ADC # 141517**                                                                                                   **PLAINTIFF**

v.                              Case No. 3:13-cv-00017-KGB-JJV

**BURNETT, Jailer,
Craighead County Jail;** *et al.*                                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

SO ORDERED this 9th day of April, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE